UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **DEBORAH LAUFER,** | : |
| Plaintiff, | : |
| v. | : |
| | : **Case No: 7:20-cv-202-DC** |
| **2015 ANDREWS LODGE, LLC.,** | : |
| Defendant, | : |
| _____/ | : |

**PLAINTIFF'S NOTICE OF SETTLEMENT**

Plaintiff, Deborah Laufer, hereby advises the Court that the parties have reached a settlement in principle. They request twenty (20) days within which to formalize their agreement and submit the appropriate documentation to the Court formally concluding this case.

          */s/Philip Michael Cullen, III*
          Bar No: 167853
          **PHILIP MICHAEL CULLEN, III**
          **Attorney at Law – Chartered**
          621 South Federal Highway, Suite Four
          Fort Lauderdale, FL 33301
          Telephone: (954) 462-0600
          Facsimile: (954) 462-1717
          CULLENIII@aol.com

**I HEREBY CERTIFY** that, on October 2, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to the attorneys of record.

*/s/Philip Michael Cullen, III, Esq*.