UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **DEBORAH LAUFER,** | : |
| Plaintiff, | : |
| v. | : |
| | : Case No: 7:20-cv-202-DC |
| **2015 ANDREWS LODGE, LLC.,** | : |
| Defendant, | : |
| _____/ | |

## JOINT MOTION FOR VOLUNTARY DISMISSAL
## WITH PREJUDICE

THE PARTIES, by and through their respective undersigned counsel, hereby advise the Court that this case has been settled. Under the terms of their agreement, they stipulate to the voluntary dismissal of this case, with prejudice.

| | |
|---|---|
| */s/Philip Michael Cullen, III* | */s/ Brent L. Watkins* |
| | Brent L. Watkins |
| **PHILIP MICHAEL CULLEN, III** | State Bar No. 24033312 |
| **Attorney-at-Law – Chartered** | **SKELTON SLUSHER BARNHILL** |
| 621 South Federal Highway, Suite Four | **WATKINS WELLS, PLLC** |
| Fort Lauderdale, Florida 33301 | 1616 S. Chestnut |
| Telephone: (954) 462-0600 | Lufkin, Texas 75901 |
| Facsimile: (954) 462-1717 | 936.632.2300 |
| e-mail: CULLENIII@aol.com | 936.632.6545 (facsimile) |
| | *bwatkins@skeltonslusher.com* |

1