**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **DEBORAH LAUFER,** § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | NO. | MO:20-CV-00202 DC |
| § | | |
| **2015 ANDREWS LODGE, LLC,** § | | |
| *Defendant.* § | | |

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

It is ORDERED the above-styled and numbered cause is DISMISSED WITH PREJUDICE, pursuant to Fed. R. Civ. P. 41 and based upon the Parties' Joint Motion for Voluntary Dismissal With Prejudice (Doc. 14) filed October 9, 2020.

IT IS FURTHER ORDERED that all attorney fees, expenses and court costs shall be borne by the party incurring same. All other relief not expressly granted herein is DENIED.

IT IS FINALLY ORDERED that all pending motions, if any, are DENIED AS MOOT.

It is so **ORDERED**.

SIGNED this 14th day of October, 2020.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE